UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **PATAGON MANAGEMENT LLC**,<br><br>Plaintiff,<br><br>-against-<br><br>**WEI "MAX" WU**,<br><br>Defendant. | Case No. 1:23-cv-02742-VM<br><br>**JURY TRIAL DEMANDED**<br><br>**RULE 7.1 CORPORATE<br>DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff certifies as follows:

Plaintiff Patagon Management LLC has no parent corporation, and no publicly-held corporation holds more than 10% or more of its stock.

Dated: March 31, 2023

John R. Hardin
**PERKINS COIE LLP**
500 N. Akard Street, Suite 3300
Dallas, TX 75201
Tel:  (214) 965-7700
Fax:  (214) 965-7799
JohnHardin@perkinscoie.com
(*pro hac vice admission forthcoming*)

Will M. Conley
**PERKINS COIE LLP**
33 East Main Street, Suite 201
Madison, WI 53703
Tel:  (608) 294-4013
Fax:  (608) 663-7499
WConley@perkinscoie.com
(*pro hac vice admission forthcoming*)

Respectfully submitted,

By: */s/ Hellen Park*
    Hellen Park (HP 2935)
    **PERKINS COIE LLP**
    1155 Avenue of the Americas, 22nd Floor
    New York, NY 10122
    Tel:  (212) 262-6900
    Fax:  (212) 977-1649
    HPark@perkinscoie.com

*Attorneys for Plaintiff
Patagon Management LLC*

161677669.1