**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **PATAGON MANAGEMENT LLC**, | Case No. **1:23-cv-02742-VM** |
| Plaintiff, | |
| -against- | **NOTICE OF AND MOTION** |
| | **FOR ADMISSION PRO HAC VICE** |
| **WEI "MAX" WU**, | |
| Defendant. | |

**PLEASE TAKE NOTICE** that, pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Will M. Conley, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Plaintiff Patagon Management LLC in the above-captioned action.

I am in good standing of the bar of the state of Wisconsin and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached my affidavit pursuant to Local Rule 1.3.

Dated: April 5, 2023                       Respectfully submitted,

By*: /s/ Will M. Conley*
Will M. Conley
**PERKINS COIE LLP**
33 East Main Street, Suite 201
Madison, WI 53703
Tel:  (608) 294-4013
Fax:  (608) 663-7499
WConley@perkinscoie.com

*Attorneys for Plaintiff*
*Patagon Management LLC*

161681018.1