UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **PATAGON MANAGEMENT LLC**, <br><br> Plaintiff, <br><br> -against- <br><br> **WEI "MAX" WU**, <br><br> Defendant. | Case No. 1:23-cv-02742-VM <br><br> **AFFIDAVIT OF WILL M. CONLEY IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

STATE OF WISCONSIN   )
                     ) ss
DANE COUNTY          )

Will M. Conley, being first duly sworn, states:

1. I am an associate with the law firm of Perkins Coie LLP, located at 33 E. Main Street, Suite 201, Madison, Wisconsin 53703.

2. Perkins Coie LLP has been retained to represent Plaintiff Patagon Management LLC and I am serving as one of the attorneys in the above-captioned action.

3. I am licensed to practice law in the state of Wisconsin (State Bar No. 1104680) and am an active attorney in good standing. A true and correct copy of my Certificate of Good Standing is attached hereto.

4. I have never been censured, suspended, disbarred, or denied admission or readmission by any court, and there are no disciplinary proceedings pending against me.

5. I have never been convicted of a felony.

6. I am not a resident of New York, nor am I regularly engaged in the practice of law or other business in New York.

161682496.1

7.   I am familiar with the facts of this case and will, if permitted, participate in this action in accordance with the rules of professional conduct for attorneys, the rules of the Court, and the laws of the state of New York.

8.   I am submitting payment of the fee for admission *pro hac vice* contemporaneously with this filing through the ECF system.

9.   I verify under penalty of perjury that the foregoing is true and correct.

Executed on __4/5/23__.

_____
Will M. Conley

Subscribed and sworn to before me on:

__APRIL 5, 2023__

_____
Notary Public, State of __WISCONSIN__
My commission expires: __8.15.26__

161682496.1



## WISCONSIN SUPREME COURT
### OFFICE OF THE CLERK
110 E. Main Street, Suite 215
P.O. Box 1688
Madison, WI 53701-1688

Sheila T. Reiff
Clerk

Telephone: 608-266-1880
TTY: 800-947-3529
Fax: 608-267-0640
http://www.wicourts.gov

## CERTIFICATE OF GOOD STANDING

The Deputy Clerk of the Supreme Court of Wisconsin certify that the records of this office show that:

### WILL M. CONLEY

was admitted to practice as an attorney within this state on May 29, 2019 and is presently in good standing in this court.

Dated: April 3, 2023

Deputy Clerk of Supreme Court

AP-7000, 03/2005 Certificate of Good Standing