**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **PATAGON MANAGEMENT LLC**, | **Case No. 1:23-cv-02742-VM** |
| Plaintiff, | |
| -against- | **NOTICE OF AND MOTION** |
| **WEI "MAX" WU**, | **FOR ADMISSION PRO HAC VICE** |
| Defendant. | |

**PLEASE TAKE NOTICE** that, pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, John R. Hardin, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Plaintiff Patagon Management LLC in the above-captioned action.

I am in good standing of the bar of the state of Texas and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: April 5, 2023

Respectfully submitted,

By: */s/ John R. Hardin*
     John R. Hardin
     **PERKINS COIE LLP**
     500 N. Akard Street, Suite 3300
     Dallas, TX 75201
     Tel:   (214) 965-7700
     Fax:  (214) 965-7799
     JohnHardin@perkinscoie.com

*Attorneys for Plaintiff*
*Patagon Management LLC*