UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **PATAGON MANAGEMENT LLC**,<br><br>　　　　　　　Plaintiff,<br><br>　-against-<br><br>**WEI "MAX" WU**,<br><br>　　　　　　　Defendant. | Case No. 1:23-cv-02742-VM<br><br>**AFFIDAVIT OF JOHN R. HARDIN IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

STATE OF TEXAS　　　　)
　　　　　　　　　　　　) ss
DALLAS COUNTY　　　　)

　　　John R. Hardin, being first duly sworn, states:

　　　1.　　I am a partner with the law firm of Perkins Coie LLP, located at 500 N. Akard Street, Suite 3300, Dallas, Texas 75201.

　　　2.　　Perkins Coie LLP has been retained to represent Plaintiff Patagon Management LLC and I am serving as one of the attorneys in the above-captioned action.

　　　3.　　I am licensed to practice law in the state of Texas (State Bar No. 24012784) and am an active attorney in good standing.  A true and correct copy of my Certificate of Good Standing is attached hereto.

　　　4.　　I have never been censured, suspended, disbarred, or denied admission or readmission by any court, and there are no disciplinary proceedings pending against me.

　　　5.　　I have never been convicted of a felony.

　　　6.　　I am not a resident of New York, nor am I regularly engaged in the practice of law or other business in New York.

161681435.1

7. I am familiar with the facts of this case and will, if permitted, participate in this action in accordance with the rules of professional conduct for attorneys, the rules of the Court, and the laws of the State of New York.

8. I am submitting payment of the fee for admission *pro hac vice* contemporaneously with this filing through the ECF system.

9. I verify under penalty of perjury that the foregoing is true and correct.

Executed on __April 4, 2023__.

_____
John R. Hardin

Subscribed and sworn to before me on:

__April 4, 2023__

__Lisa Rickman__ (signature)

Notary Public, State of __Texas__

My commission expires: __07.18.2026__

[Notary seal: LISA RICKMAN, NOTARY PUBLIC, STATE OF TEXAS, ID 5797523, EXP. 07-18-2026]

- 2 -

161681435.1

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

March 31, 2023

Re: Mr. John Russell Hardin, State Bar Number 24012784

To Whom It May Concern:

This is to certify that Mr. John Russell Hardin was licensed to practice law in Texas on November 03, 1999, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web

