UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **PATAGON MANAGEMENT LLC**,<br><br>Plaintiff,<br><br>-against-<br><br>**WEI "MAX" WU**,<br><br>Defendant. | Case No. 1:23-cv-02742-VM<br><br>**AFFIDAVIT OF JOHN R. HARDIN IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

STATE OF TEXAS        )
                      ) ss
DALLAS COUNTY         )

John R. Hardin, being first duly sworn, states:

1. I am a partner with the law firm of Perkins Coie LLP, located at 500 N. Akard Street, Suite 3300, Dallas, Texas 75201.

2. Perkins Coie LLP has been retained to represent Plaintiff Patagon Management LLC and I am serving as one of the attorneys in the above-captioned action.

3. I am licensed to practice law in the state of Texas (State Bar No. 24012784) and am an active attorney in good standing. A true and correct copy of my Certificate of Good Standing is attached hereto.

4. I have never been censured, suspended, disbarred, or denied admission or readmission by any court, and there are no disciplinary proceedings pending against me.

5. I have never been convicted of a felony.

6. I am not a resident of New York, nor am I regularly engaged in the practice of law or other business in New York.

161681435.1

7. I am familiar with the facts of this case and will, if permitted, participate in this action in accordance with the rules of professional conduct for attorneys, the rules of the Court, and the laws of the State of New York.

8. I am submitting payment of the fee for admission *pro hac vice* contemporaneously with this filing through the ECF system.

9. I verify under penalty of perjury that the foregoing is true and correct.

Executed on __April 4, 2023__.

_____
John R. Hardin

Subscribed and sworn to before me on:

__April 4, 2023__

__Lisa Rickman__

Notary Public, State of __Texas__

My commission expires: __07.18.2026__

[Notary Seal: LISA RICKMAN, NOTARY PUBLIC, STATE OF TEXAS, ID 5797523, EXP. 07-18-2026]

# The Supreme Court of Texas

AUSTIN
CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**John Russell Hardin**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 3rd day of November, 1999.

I further certify that the records of this office show that, as of this date

**John Russell Hardin**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 6th day of April, 2023.

BLAKE HAWTHORNE, Clerk

Clerk, Supreme Court of Texas

No. 3579C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.