UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **PATAGON MANAGEMENT LLC**, <br><br> Plaintiff, <br><br> -against- <br><br> **WEI "MAX" WU**, <br><br> Defendant. | Case No. 1:23-cv-02742-VM <br><br> **ORDER FOR ADMISSION** <br> **PRO HAC VICE** |

The motion of Will M. Conley for admission to practice *pro hac vice* in the above-captioned action is **GRANTED**.

Applicant has declared that he is a member in good standing of the bar of the state of Wisconsin, and that his contact information is as follows:

Will M. Conley
PERKINS COIE LLP
33 E. Main Street, Suite 201
Madison, WI 53703
Tel:  (608) 294-4013
Fax:  (608) 663-7499

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiff Patagon Management LLC in the above captioned action.

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 04/07/2023

_____
Victor Marrero, U.S.D.J.