```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  04/11/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**PATAGON MANAGEMENT LLC**,

        Plaintiff,

-against-

**WEI "MAX" WU**,

        Defendant.

Case No. 1:23-cv-02742-VM

**ORDER FOR ADMISSION
PRO HAC VICE**

---

The motion of John R. Hardin for admission to practice *pro hac vice* in the above-captioned action is **GRANTED**.

Applicant has declared that he is a member in good standing of the bar of the state of Texas, and that his contact information is as follows:

    John R. Hardin
    PERKINS COIE LLP
    500 N. Akard Street, Suite 3300
    Dallas, TX 75201
    Tel:  (214) 965-7700
    Fax:  (214) 965-7799

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiff Patagon Management LLC in the above captioned action.

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: __04/11/2023__

                                                                        Victor Marrero, U.S.D.J.