UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **PATAGON MANAGEMENT LLC**, <br><br> Plaintiff, <br><br> -against- <br><br> **WEI "MAX" WU**, <br><br> Defendant. | Case No. 1:23-cv-02742-VM <br><br> Hon. Victor Marrero <br><br> NOTICE OF APPEARANCE |

To:   The Clerk of Court and All Counsel of Record

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel of record for Plaintiff Patagon Management LLC.

**PLEASE TAKE FURTHER NOTICE** that the undersigned certifies she is a member in good standing of the bar of this Court.

Dated: April 25, 2023
New York, New York

Respectfully submitted,

By: */s/ Emily B. Cooper*
    Emily B. Cooper
    **PERKINS COIE LLP**
    1155 Avenue of the Americas, 22nd Floor
    New York, NY 10036-2711
    Tel:   (212) 262-6900
    Fax:   (212) 977-1649
    ECooper@perkinscoie.com

    *Attorneys for Plaintiff*
    *Patagon Management LLC*