# Exhibit B

## UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

Patagon Management, LLC

                          **Plaintiff**

                          Civil Number: 1:23-cv-02742-VM

                          *vs.*

Wei "Max" Wu

                          **Defendant**

### AFFIDAVIT OF DUE DILIGENCE

I, Wayne Holcomb, a Private Process Server, having been duly authorized to make service of the Summons; Civil Cover Sheet; Complaint; Rule 7.1 Corporate Disclosure Statement; Notice Of and Motion For Admission of Pro Hac Vice of Will M. Conley; Affidavit of Will M. Conley in Support of Motion for Admission of Pro Hac Vice; Order of Admission Pro Hac Vice of Will M. Conley; Notice of and Motion For Admission of Pro Hac Vice of John R. Hardin; Affidavit of John R. Hardin in Support of Motion for Admission Pro Hac Vice; Order of Admission Pro Hac Vice of John R. Hardin; Individual Practices of United States District Judge Victor Marrero - Southern District of New York; and Electronic Case Filing Rules and Instructions in the above entitled case, hereby depose and say:

That I am over the age of eighteen years and not a party to or otherwise interested in this matter.

That after due search, careful inquiry and diligent attempt(s), I have been unable to serve Wei "Max" Wu with the above named process.

That on April 7, 2023 at 9:07 PM, I attempted to serve Wei "Max" Wu at 4313 South Oregon Court, Chandler, Arizona 85248-5194. On this occasion, after I knocked on the door, an adult of Asian descent approached the door, but walked away and would not open the door. At this time, I was unable to determine if the person was male or female. Accordingly, I did advise the person through the door who I was, but they still would not answer the door. In addition, the home appeared dark inside as if the person was home alone.

That on April 9, 2023 at 2:46 PM, I attempted to serve Wei "Max" Wu at 4313 South Oregon Court, Chandler, Arizona 85248-5194. On this occasion, I spoke with a woman who stated that she and Wei "Max" Wu divorced seven years ago and she did not have a forwarding address to provide. In addition, the woman advised she would not assist in providing information on his whereabouts for service of process.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

4/21/23
Executed On

Wayne Holcomb

OFFICIAL SEAL
CRAIG PODGURSKI JR.
NOTARY PUBLIC - ARIZONA
MARICOPA COUNTY
COMM # 593983
My Comm. Expires 12/15/2024

Client Ref Number: 149680.0001
Job #: 1616879

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050