# Exhibit C

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

Patagon Management, LLC

**Plaintiff**

Civil Number: 1:23-cv-02742-VM

*vs.*

Wei "Max" Wu

**Defendant**

## AFFIDAVIT OF DUE DILIGENCE

I, John Roberto, a Private Process Server, having been duly authorized to make service of the Summons; Civil Cover Sheet; Complaint; Rule 7.1 Corporate Disclosure Statement; Notice Of and Motion For Admission of Pro Hac Vice of Will M. Conley; Affidavit of Will M. Conley in Support of Motion for Admission of Pro Hac Vice; Order of Admission Pro Hac Vice of Will M. Conley; Notice of and Motion For Admission of Pro Hac Vice of John R. Hardin; Affidavit of John R. Hardin in Support of Motion for Admission Pro Hac Vice; Order of Admission Pro Hac Vice of John R. Hardin; Individual Practices of United States District Judge Victor Marrero - Southern District of New York; and Electronic Case Filing Rules and Instructions in the above entitled case, hereby depose and say:

That I am over the age of eighteen years and not a party to or otherwise interested in this matter.

That after due search, careful inquiry and diligent attempt(s), I have been unable to serve Wei "Max" Wu with the above named process.

That on 04/21/2023 at 1:52 PM, I attempted to serve Wei "Max" Wu at 60 Wadsworth Street, Apartment 2H, Cambridge, Massachusetts 02142. On this occasion, I was unable to locate the address. I found that location to currently be a construction site and the former location of apartment buildings located at 60 Wadsworth Street, Cambridge, Massachusetts, 02142.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

4/24/2023
Executed On

John Roberto

Client Ref Number: 149680.0001
Job #: 1617441