# Exhibit A

 **Spartacus**

🔍 Search    ^K

 **ANNOUNCING SPARTACUS 2.0**

Announcing Spartacus 2.0

**INTRODUCING SPARTACUS**

**Introducing Spartacus**

Phase I - Project launch

Phase II - Sustainable growth and expansion

**GUIDES TO ARENA**

Bonding

Staking

(Λ, Λ)

**TOKENOMICS**

SPA tokens

Treasury

Contracts

**REFERENCES**

DeFi 2.0 Glossary

# Introducing Spartacus  ⋮

The largest treasury reserve protocols on Fantom network



## The rise of Spartacus

Let's start off by saying Zeus from OlympusDAO has done a marvellous job in creating the "Protocol Owned Liquidity" (POL) concept. A community is formed when everyone bonds the underlying assets into a common reserve currency, creating a strong "bonding" for the whole community.

As Spartacus we carry on the legacy and we shall aim higher and something even bigger.

We lay out a few phases for Spartacus' future:

**Spartacus**

🔍 Search                    ⌃K

NEW **ANNOUNCING SPARTACUS 2.0**

Announcing Spartacus 2.0

**INTRODUCING SPARTACUS**

**Introducing Spartacus**

Phase I - Project launch

Phase II - Sustainable growth and expansion

**GUIDES TO ARENA**

Bonding

Staking

(Λ, Λ)

**TOKENOMICS**

SPA tokens

Treasury

Contracts

**REFERENCES**

DeFi 2.0 Glossary

### Phase I - the rise of the glorious gladiator

A Spartacus won't be a Spartacus without the support of the Spartacus community. Rather than giving the early access to investors or a selected elite groups, we want everyone in the Spartacus community to have a fair chance of participation.

Introducing Liquidity Bootstrap Event (LBE) for $SPA, the governance token for Spartacus DAO.

Our LBE will be open for all.  Similar to Olympus IDO, the Spartacus LBE will be the main source to provide initial liquidity and treasury's initial backing for SPA.

30,000 SPA token will be minted for the event. Initial price of SPA token will be 10 Dai/SPA for 500 unique addresses, with each address limited to 60 SPA only. The LBE event will last for 24 hours.

This will result in $300K Dai in total sales from the LBE.

- The first $200K Dai will be used to bootstrap the liquidity and provide initial treasury backing for the SPA token.
  - $140K Dai will be paired with 7K SPA token on Spooky swap, establishing the initial extrinsic price of $20 Dai per SPA with initial liquidity of $280,000.
  - $60,000 Dai will be deposited to the treasury, backing the initial SPA supply.
  - This will be done within 24 hours after the LBE event.
  - We will announce the exact time when the initial liquidity will be added, providing total transparency to our community.

 **Spartacus**

🔍 Search   ^K

NEW **ANNOUNCING SPARTACUS 2.0**

Announcing Spartacus 2.0

**INTRODUCING SPARTACUS**

**Introducing Spartacus**

Phase I - Project launch

Phase II - Sustainable growth and expansion

**GUIDES TO ARENA**

Bonding

Staking

(∧, ∧)

**TOKENOMICS**

SPA tokens

Treasury

Contracts

**REFERENCES**

DeFi 2.0 Glossary

 Powered By **GitBook**

ⓘ **What about the LP token?** The $280K worth of LP token will be deposited to the treasury via a prolonged and controlled bonding process, with 1/100 a time across 100 epochs.

- The rest $100K Dai will be used to support the Spartacus dev work. We believe this is essential for maintaining the health of the Spartacus protocols. Only the fund exceeding the initial $200K will be used for development. That means, if the total raised fund from LBE is only $250K, $200K will be used to initial liquidity and treasury backing, and $50K will be used to support dev work.

ⓘ **Why we believe this is important?** We are trying to be 100% transparent with the Spartacus community. Both Olympus and Klima raised private rounds via pToken which works like an option but also dilutes the total share in the future. We are proposing a fixed rate round only to ensure the Spartacus DAO can be sustained. Future development work can be funded via the Spartacus DAO through a DAO voting procedure.

We plan to launch the bonding function within 48 hours after the LDE event. We will target 10% discount positive ROI for bonders across the board for both SPA-DAI LP pool and the Dai pool.

A total of 37k SPA tokens will be minted during the LBE event (30k for presale and 7k requied to pair with Dai to initialize liquidity). If SPA tokens are not sold out during the LBE, any remaining SPA tokens will be sent back to the Spartacus DAO.

Exact launch time of LBE will be announced in our Discord.

Source: https://docs.spartacus.finance/introducing-spartacus/introducing-spartacus



🆕 ANNOUNCING SPARTACUS 2.0

Announcing Spartacus 2.0

INTRODUCING SPARTACUS

**Introducing Spartacus**

Phase I - Project launch

Phase II - Sustainable growth and expansion

GUIDES TO ARENA

Bonding

Staking

(∧, ∧)

TOKENOMICS

SPA tokens

Treasury

Contracts

REFERENCES

DeFi 2.0 Glossary



Exact launch time of LBE will be announced in our Discord.

## Phase II - sustainable growth and expansion of Spartacus DAO

With a successful Phase 1 launch of Spatacus protocol, we have even more ambitious plans for our fellow Spartacus.  We would love to share with our community what are on the horizon and we would also want to hear your thoughts as well.

1. Diversifying the basket of treasury with support on FTM, WETH, and other strategic assets.
2. Treasury vault strategies to earn risk-adjusted return with DAO governance.
3. Starting Spartacadabra, our own version of Magic Internet Money and Spell ecosystem. This can be another domain for the Spartacus army to conquer.

With a strong community we believe that only sky is our limit. We look forward to hearing back each and all of you on your feedback and suggestions.

Are you ready to make Rome tremble?

Announcing Spartacus 2.0 - Previous
**Announcing Spartacu...**

Next - Introducing Spartacus
**Phase I - Project laun...**

Last modified 1yr ago

 Powered By **GitBook**

Source: https://docs.spartacus.finance/introducing-spartacus/introducing-spartacus