# Exhibit B





# Staking

⋮

> ⓘ **Good to know:** Stakers receive auto-compounded rebase rewards from Spartacus Procotols.

Stakers are aiming for long term, passive rebase returns. The rebase rewards come from proceeds of the bond sales.

The rewards to stakers are pro rate to their staked amount. To earn long term rewards, the best strategy would be bond + stake.

The rebase schedule will be set up on an epoch basis which means the rebase will occur periodically. You receive rebased rewards automatically and there is no extra steps you need to take if you plan to keep staking.

| ← Guides to arena - Previous **Bonding** | Next - Guides to arena **(Λ, Λ)** → |
|---|---|

Last modified 1yr ago

Source: https://docs.spartacus.finance/guides-to-arena/staking