# Exhibit C



Source: https://twitter.com/Spartacus_Fi/status/1511700348398112772?s=20