# Exhibit E

 **Spartacus**

🔍 Search    ^K

- 🆕 **ANNOUNCING SPARTACUS 2.0**
- Announcing Spartacus 2.0

**INTRODUCING SPARTACUS**
- Introducing Spartacus
- **Phase I - Project launch**
- Phase II - Sustainable growth and expansion

**GUIDES TO ARENA**
- Bonding
- Staking
- (Λ, Λ)

**TOKENOMICS**
- SPA tokens
- Treasury
- Contracts

**REFERENCES**
- DeFi 2.0 Glossary

# Phase I - Project launch

Major achievements to date

## Phase I - Project launch

Spartacus is the largest decentralized reserve currency protocol on Fantom network based on SPA token, which is backed by a basket of assets (Dai, SPA-DAI LP tokens etc). The backing assets provide an intrinsic value for SPA tokens.

Spartacus was launched as an OHM fork on Fantom, by a team of anon devs.

Oct 25, 2021 - Spartacus discord was created, the warmup phase for the fair launch.

Oct 31, 2021 - Liquidity Bootstrap Event (LBE) raised $300K Dai from 500 wallets at a price of 10 Dai/SPA. The LBE lasts for an hour.

- 140K Dai and 70 SPA were added to Spookyswap to provide liquidity at 20 Dai/SPA. All SLP tokens were bonded into treasury.
- 60K Dai was bonded into treasury
- 100K Dai was allocated for initial development work.

Nov 2, 2021 - Spartacus officially launched with (Λ, Λ), bonding, staking, and a full blown dashboard, the only treasury reserve protocols with all full metrics.

SPA was listed on coinmarketcap and coingecko within first 2 days

Source: https://docs.spartacus.finance/introducing-spartacus/phase-i-project-launch

 **Spartacus**



 **ANNOUNCING SPARTACUS 2.0**

Announcing Spartacus 2.0

**INTRODUCING SPARTACUS**

Introducing Spartacus

**Phase I - Project launch**

Phase II - Sustainable growth and expansion

**GUIDES TO ARENA**

Bonding

Staking



**TOKENOMICS**

SPA tokens

Treasury

Contracts

**REFERENCES**

DeFi 2.0 Glossary

 Powered By **GitBook**

Nov 3, 2021- First couple of rebases delivered millions and tens of millions of APY.

SPA was tracked by debank, zapper.fi

Nov 4, 2021 - Spartacus reached $1.5M treasury and $4M total staked value in 48hrs since the launch.

Nov 5, 2021 - First community snapshot vote to rein in APY. Spartacus DAO governance started to come in shape.

Nov 7, 2021 - Spartacus was listed on **Fantom Project** page by Fantom Foundation.

Continued rapid growth of Spartacus protocols with $15M treasury and $15M total staked value.

Nov 8, 2021 - multi-sig was implemented to eliminate single point of failure.

Team plans to introduce 3rd party signers.

Nov 9, 2021 - all LBE liquidity was bonded into treasury. Protocols own 99+% liquidity.

The treasury held a $15.4M balance with 40,000% APY and 273 days runway.

SPA sits on a market cap of $17.3M.

| Introducing Spartacus - Previous<br>← **Introducing Spartacus** | Next - Introducing Spartacus →<br>**Phase II - Sustainable...** |
|---|---|

Source: https://docs.spartacus.finance/introducing-spartacus/phase-i-project-launch