# Exhibit F

 **Spartacus**

🔍 Search    ^K

🆕 **ANNOUNCING SPARTACUS 2.0**

Announcing Spartacus 2.0

**INTRODUCING SPARTACUS**

Introducing Spartacus

Phase I - Project launch

**Phase II - Sustainable growth and expansion**

**GUIDES TO ARENA**

Bonding

Staking

(Λ, Λ)

**TOKENOMICS**

SPA tokens

Treasury

Contracts

**REFERENCES**

DeFi 2.0 Glossary

 Powered By **GitBook**

# Phase II - Sustainable growth and expansion

Future plans

## Phase II - Sustainable growth and expansion of Spartacus DAO #

With a successful Phase 1 launch of Spartacus protocol, we have even more ambitious plans for our fellow Spartacus. We would love to share with our community what is on the horizon and we would also want to hear your thoughts as well.

1. **3rd party multi-sig.** We have a few names in mind and if you have a candidate please propose in our #suggestion in discord.

- bring in external credits to the project
- significant holders of sSPA. good faith in big stakeholders will act in the best interest of SPA.
- experienced in DAO governance and technically capable.

ETA. We will update the community as we progress.

2. **Diversifying the basket of treasury** with support on FTM, WETH, and other strategic assets such as MIM or fUSD

- The SPA-FTM LP and FTM bonds are ready technically. We are looking for a good timing for deployment.

ETA: before Nov 19. Could be earlier.

Source: https://docs.spartacus.finance/introducing-spartacus/phase-ii-sustainable-growth-and-expansion

 **Spartacus**

🔍 Search   ^K

**ANNOUNCING SPARTACUS 2.0**

Announcing Spartacus 2.0

**INTRODUCING SPARTACUS**

Introducing Spartacus

Phase I - Project launch

**Phase II - Sustainable growth and expansion**

Announcing Spartacus 2.0

**INTRODUCING SPARTACUS**

Introducing Spartacus

Phase I - Project launch

**Phase II - Sustainable growth and expansion**

**GUIDES TO ARENA**

Bonding

Staking

(∧, ∧)

**TOKENOMICS**

SPA tokens

Treasury

Contracts

---

3. **Treasury vault strategies** to earn risk-adjusted return

- Earning returns on Curve / Geist seems a natural strategy for now.
- We are going to deploy a separate contract for this due to security reasons, as currently our treasury is timelocked with multi-sig.

ETA: by the end of Nov. need to code up the contracts.

4. **Spartacadabra**, our own version of the Magic Internet Money and Spell ecosystem. This can be another domain for the Spartacus army to conquer.

- We have been preparing for this since launch. This is vital to the growth of Spartacus ecosystem in the long run.
- We will be share some screenshots in a few days
- What if we can let users mint stable coins with wsSPA, or other wrapped assets sitting idle in their wallets?

ETA: by the end of Nov.

With a strong community we believe that only the sky is the limit. We look forward to hearing back from each and all of you on your feedback and suggestions.

5. **Spartacus PRO**. We are looking at how we can tap into the fast growing Fantom ecosystems. Spartacus PRO allows any project to lock liquidity and have protocols own the liquidity. This can be offered as a service.

- Initially this service can be offered on a case by case basis. All projects on Fantom are welcome to contact us for the Pro service.
- We plan to take this as a standard service by the year end of 2021.

Source: https://docs.spartacus.finance/introducing-spartacus/phase-ii-sustainable-growth-and-expansion