Exhibit G

 **Spartacus**

🔍 Search    ^K

 **ANNOUNCING SPARTACUS 2.0**

Announcing Spartacus 2.0

**INTRODUCING SPARTACUS**

Introducing Spartacus

Phase I - Project launch

Phase II - Sustainable growth and expansion

**GUIDES TO ARENA**

Bonding

Staking

(Λ, Λ)

**TOKENOMICS**

SPA tokens

Treasury

Contracts

**REFERENCES**

DeFi 2.0 Glossary

# (Λ, Λ) 

⋮

> ⓘ **Good to know:** (Λ, Λ) is the Spartacus reference to the (3, 3) strategy on Olympus.

(Λ, Λ) represents the "bond + stake" strategy, the best strategy for everyone collectively in Spartacus DAO from the Game Theory perspective.

## What is (Λ, Λ)?

It represents the (3, 3) in game theory, the best strategy with highest scores for all Spartacus collectively, assuming

- staking = +2
- bonding = +1
- selling = -2

Given 2 actors in all scenarios, the total scores of the protocols:

- both actors bond & stake = (3, 3) = 6
- one bond & one stake = (3, 1) = 4
- if one sells = (1, -1) = 0
- if both sell = (-3, -3) = -6

In Spartacus, SPA can only be minted or burned by the protocol and it also guarantees that each SPA is always backed by some amount of 1 Dai.