# Exhibit H



Source: https://docs.spartacus.finance/guides-to-arena/bonding