# Exhibit I



Source: https://www.youtube.com/watch?v=SqhiJO7z0PY



Source: https://www.youtube.com/watch?v=8EcD4t-Dslw



Source: https://www.youtube.com/watch?v=8EcD4t-Dslw