# Exhibit J



Source: https://app.spartacus.finance/#/dashboard