# Exhibit K



Source:
https://snapshot.org/#/spartacusdao.eth/proposal/0x6c6a42fc14068841a31877d082f981fd9f8775f3935fbfc62b344a5eab75ca53



Source:
https://snapshot.org/#/spartacusdao.eth/proposal/0x4d33fa0c33f51d3032772cd6ec17c9ef5966ed4b619ce0670b1a90b9981b61b1



Source:
https://snapshot.org/#/spartacusdao.eth/proposal/0x0b6f554515750495ba5a2dfa8a76febf7971658bce339dc5d61b004e104fa538