# Exhibit L



Source:
https://snapshot.org/#/spartacusdao.eth/proposal/0x34656a7bd9e58821f4cb81d0ca374bd14fa3966235fe0e7c03397a7045d84340

All DAI from SPA treasury will be included in the total RFV, including the 3M Dai in Lambda-2Pool LP and on all farming tokens on multi-sig wallet.

Once this proposal is approved by community, we will convert farmed Solid and SEX tokens into DAI, and Tomb back into FTM. However, we do not wish to convert FTM into DAI, thus we propose SPA redeemers to receive proportional DAI + WFTM as the payout.

At the time of writing, there are 453,371 SPA and 8,370,152 DAI in the LP pool.
Using the methodology above, our calculation shows each SPA will be valued around (50.94 DAI + 4.71 WFTM).

These are estimated numbers as there will be slippage for swaps. The 3M Dai in the Lambda2Pool will remain invested to ensure backing of Lambda.

The SPA emission has been set to 0 to prepare for this process. All redeemed SPAs will be burned and taken out of circulation.

Please vote:
Yay: Approve
Nay: Do not approve

Source:
https://snapshot.org/#/spartacusdao.eth/proposal/0x34656a7bd9e58821f4cb81d0ca374bd14fa3966235fe0e7c03397a7045d84340