# Exhibit N



Source: The Spartacus DAO Discord server