# Exhibit O



Source:
https://snapshot.org/#/spartacusdao.eth/proposal/0x4dc88375a62c448a23aef86b3dcc3ee948574bcf7da546ebe186b75ce0e2f214