# Exhibit A

# Foster, Kelley (MSN)

| | |
|---|---|
| **From:** | Conley, Will (MSN) |
| **Sent:** | Wednesday, April 26, 2023 8:06 PM |
| **To:** | maxawei@gmail.com; spartacusfinance@gmail.com |
| **Subject:** | NOTICE OF LAWSUIT IN 1:23-CV-02742-VM |

NOTICE OF LAWSUIT: PURSUANT TO COURT ORDER IN 1:23-CV-02742-VM DKT:17

A lawsuit has been filed against you. Documents associated with this lawsuit, including the Summons, Amended Complaint, *Ex Parte* Application and supporting papers, and Ex Parte Temporary Restraining Order, Order Granting Alternative Service, and Order to Show Cause Regarding Preliminary Injunction are located at the following link: https://drive.google.com/drive/folders/10l5h5sGPT2-BabIqOnhDEc0EBSz8S8oF?usp=share_link

Counsel for Plaintiff Patagon Management LLC

**Will Conley | Perkins Coie LLP**
ASSOCIATE
33 East Main Street Suite 201
Madison, WI 53700-5118
D. +1.608.294.4013
F. +1.608.663.7499
E. WConley@perkinscoie.com