# Exhibit B



Source: Spartacus DAO Discord Server (#general channel)