# Exhibit C



Source: Discord (Direct message to Spartacus)