# Exhibit D



**Spartacus (Λ, Λ)** Today at 9:20 PM
@everyone Spartacus,

The team is determined to grow the project and bring values back to SPA holders. Some of the plans have been detailed in SIP-017. We believe that the crypto-community is still at its earliest stage and there is tremendous space for the Spartacus project to grow.

We are determined to create value for all SPA holders and here is what we plan to do in the next few weeks.

1. We are about to reduce the total liquidity of SPA-DAI pool on Spookyswap to a total of about $6M on Unix timestamp 1683129600, that is Wed May 03 2023 GMT+0000.
2. The SPA from the removed LP will be burned and the DAI will be returned to treasury.
3. The treasury will be invested to generate revenues, providing a rising floor for SPA. Some of the early plans are also outlined in SIP-017. We will have another snapshot voting to the treasury allocation approval.

We want to reassure all SPA holders that we are here to continue to build out the Spartacus project and accrue values for our holders.

Spartacus team.
Λ 2   Λ 2   Λ 1   Λ 1

Source: Spartacus DAO Discord Server (#general channel)