UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATAGON MANAGEMENT LLC,<br><br>        Plaintiff,<br><br>  -against-<br><br>WEI "MAX" WU,<br><br>        Defendant. | Case No. 1:23-cv-02742-VM<br><br>Hon. Victor Marrero<br><br>**AFFIDAVIT OF MICHAEL R. HENSON REGARDING SERVICE OF PROCESS BY NON-FUNGIBLE TOKEN** |

STATE OF COLORADO      )
                                       ) ss
COUNTY OF DOUGLAS      )

        Michael R. Henson, being first duly sworn, states:

        1.        I am a partner with the law firm of Perkins Coie LLP, and admitted to the practice of law in Colorado (state bar #26,385). In this capacity and unless otherwise stated, I have personal knowledge of the facts stated herein. I am over the age of 18 and, if called as a witness, could testify competently to those facts based upon that knowledge.

        2.        I have experience programming in Solidity, the computer language predominantly used for smart contracts published on the Ethereum blockchain.

        3.        Pursuant to the Court's April 26, 2023 Ex Parte Temporary Restraining Order, Order Granting Alternative Service, and Order to Show Cause Regarding Preliminary Injunction (Dkt. No. 17), I created a smart contract on the Ethereum blockchain network to mint an ERC-721 non-fungible token (the "Service Token") and publish the smart contract to the Ethereum blockchain address 0x8c90b4e78f6bbbb2f3c3ff0b1bc1b72ea4cad596.

        4.        The Service Token includes, in the name of the Token itself, a link (the "Service Link") to copies of the filings in the matter (Dkt. Nos. 1-17), including the Amended Complaint,

Summons, Ex Parte Application and supporting papers, and the April 26th Order: https://2no.co/2wUAP6.

5. On May 3, 2023, I minted the Service Token and transferred it to Ethereum blockchain address 0x547991a0FCc6dCA62734FeDAbA5901faF717706a (the "Address").[1] As shown in Exhibits K, L, and O to the Affidavit of Diogenes Casares in Support of Proposed Order to Show Cause With Emergency Relief (Dkt. 15), the Address was used to create proposals attributed to Defendant on the Snapshot voting service. In addition, according to publicly available information provided by the blockchain explorer Etherscan, the Address also holds other assets which reference Spartacus DAO, including a non-fungible token named "spartacusdao.eth".[2]

6. Anyone with access to a blockchain explorer such as Etherscan can verify the existence of the Service Token, that the Service Link is included in the Service Token's name, and that the Service Token was delivered to the Address on May 3, 2023. For example, attached hereto as Exhibit A is a true and correct screenshot captured on May 4, 2023, of the Etherscan webpage displaying the Service Token and its transfer to the Address.[3]

7. I verify under penalty of perjury that the foregoing is true and correct.

Executed on _MAY 5, 2023_.

_____
Michael R. Henson

---

[1] https://etherscan.io/tx/0x180548b9a99e44ae2c47532c15ff576669b0a3c6d615cfe3c29129a76a886e0a
[2] https://etherscan.io/tokenholdings?a=0x547991a0FCc6dCA62734FeDAbA5901faF717706a
[3] https://etherscan.io/token/0x8c90b4e78f6bbbb2f3c3ff0b1bc1b72ea4cad596


Subscribed and sworn to before me on this:

__May 5th, 2023__
Date

__Catherine C Barney__
Signature of Notary Public

Notary Public, State of __Colorado__

My commission expires: __07-20-2024__

```
CATHERINE C BARNEY
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20014005356
MY COMMISSION EXPIRES 07/20/2024
```