**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **PATAGON MANAGEMENT LLC**, | **Case No. 1:23-cv-02742-VM** |
| Plaintiff, | **Hon. Victor Marrero** |
| -against- | **AFFIDAVIT OF MICHAEL R. HENSON** |
| **WEI "MAX" WU**, | **REGARDING SERVICE OF PROCESS** |
| Defendant. | **OF PRELIMINARY INJUNCTION** |
| | **ORDER BY NON-FUNGIBLE TOKEN** |

STATE OF FLORIDA                    )
                                                        ) ss
COUNTY OF MIAMI-DADE        )

Michael R. Henson, being first duly sworn, states:

1.        I am a partner with the law firm of Perkins Coie LLP, and admitted to the practice of law in Colorado (state bar #26,385).  In this capacity and unless otherwise stated, I have personal knowledge of the facts stated herein.  I am over the age of 18 and, if called as a witness, could testify competently to those facts based upon that knowledge.

2.        I have experience programming in Solidity, the computer language predominantly used for smart contracts published on the Ethereum blockchain.

3.        As outlined in the Affidavit of Michael R. Henson Regarding Service of Process by Non-Fungible Token (Dkt. 19), on May 3, 2023, I caused an ERC-721 non-fungible token to be served on Defendant which contained, in the name of the token itself, a link to copies of the filings in the matter (Dkts. 1-17), including the Amended Complaint, Summons, the Ex Parte Application and supporting papers, and the Ex Parte Temporary Restraining Order, Order Granting Alternative Service, and Order to Show Cause Regarding Preliminary Injunction signed by the Court on April 26, 2023.

4.      A Show Cause Hearing was held on May 4, 2023.  Defendant did not appear.

5.      On May 8, 2023, a Preliminary Injunction Order (Dkt. 22) was issued in which the Court found good cause to continue to allow alternative service of filings in this matter.

6.       Pursuant to the Court's May 8, 2023 Order, I created a second smart contract on the Ethereum blockchain network to mint a second ERC-721 non-fungible token (the "Second Service Token") and published the second smart contract to the Ethereum blockchain address 0x8a483dCb63c812e7bA0f0D8cc910a319f5bb5c4b on May 15, 2023.

7.      The Second Service Token includes, in the name of the Token itself, a link (the "Second Service Link") to a copy of the Preliminary Injunction Order: https://2no.co/2Ua2y5.

8.      On May 17, 2023, I transferred the Second Service Token to the Ethereum blockchain address  0x547991a0FCc6dCA62734FeDAbA5901faF717706a  (the "Address") via transaction hash: 0xfcf3259053467082e06781d56264b6c5ee0ba060e41a09ea3a038eef6b4ed588. Upon information and belief, the Address is believed to be associated with Defendant based on the information laid out in my first affidavit, as well as in additional prior filings.  *See* Exhibits K, L, and O to the Affidavit of Diogenes Casares in Support of Proposed Order to Show Cause With Emergency Relief (Dkt. 15).

9.      Anyone with access to a blockchain explorer such as Etherscan can verify the existence of the Second Service Token, that the Second Service Link is included in the Second Service Token's name, and that the Second Service Token was delivered to the Address on May 17, 2023.

10.      I verify under penalty of perjury that the foregoing is true and correct.

Case 1:23-cv-00742-UN Document 23 Filed 05/18/23 Page 3 of 4

Executed on _MAY 17, 2023_ .

Michael R. Henson

Subscribed and sworn to before me on this:

_17th_ day of _May_, _2023_
_Date_

_Signature of Notary Public_

Notary Public, State of _Florida_
My commission expires: _2/6/2027_

Damion Martells
Comm.: HH 358679
Expires: February 6, 2027
Notary Public - State of Florida

**FLORIDA INDIVIDUAL ACKNOWLEDGMENT**
F.S. 117.05(13)

State of Florida

County of Miami-Dade }

The foregoing instrument was acknowledged before me by means of

☑ Physical Presence,

**— OR —**

☐ Online Notarization,

this __17th__ day of __May__ , __2023__ , by
  *Date*       *Month*      *Year*

__Michael R. Henson__ .
*Name of Person Acknowledging*

_____
*Signature of Notary Public — State of Florida*

__Damion Martells__
*Name of Notary Typed, Printed or Stamped*

☐ Personally known

☑ Produced Identification

Type of Identification Produced: __DL #__

*Place Notary Seal Stamp Above*

__92-100-0200__

--- **OPTIONAL** ---

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: __Affidavit of Michael R. Henson__

Document Date: __5/17/2023__  Number of Pages: __3__

Signer(s) Other Than Named Above: _____

©2020 National Notary Association