UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **PATAGON MANAGEMENT LLC**, <br><br> Plaintiff, <br><br> -against- <br><br> **WEI "MAX" WU**, <br><br> Defendant. | Case No. 1:23-cv-02742-VM <br><br> Hon. Victor Marrero <br><br> **AFFIDAVIT OF SERVICE OF PRELIMINARY INJUNCTION ORDER** |

STATE OF WISCONSIN          )
                            ) ss
COUNTY OF DANE              )

Will M. Conley, being first duly sworn, states:

1.  I am an associate with the law firm of Perkins Coie LLP, and admitted to the practice of law in Wisconsin (state bar #1104680). In this capacity and unless otherwise stated, I have personal knowledge of the facts stated herein. I am over the age of 18 and, if called as a witness, could testify competently to those facts based upon that knowledge.

2.  On May 8, 2023, a Preliminary Injunction Order (Dkt. 22) was issued in which the Court found good cause to continue to allow alternative service of filings in this matter (the "May 8th Order"). I subsequently completed the following methods of alternative service pursuant to the May 8th Order.

3.  On May 14, 2023, at 8:51 PM EDT (7:51 PM CDT), I sent notice of the preliminary injunction, via email, to two email addresses believed to be associated with Defendant (maxawei@gmail.com and spartacusfinance@gmail.com). My email to maxawei@gmail.com and spartacusfinance@gmail.com attached the May 8th Order. A true and correct copy of the transmittal email is attached hereto as **Exhibit A**.

- 2 -

4.  On May 14, 2023, at 9:00 PM EDT (8:00 PM CDT), I accessed the Spartacus DAO Discord server where Defendant is known to be active and posted a message to the "#general" channel notifying Defendant of the preliminary injunction while providing a link to a copy of the May 8th Order. A true and correct screenshot of this post is attached hereto as **Exhibit B**.

5.  In this message, I "tagged" Defendant using the @ symbol followed by his username "Spartacus (Λ, Λ)", which is a method by which Defendant would receive specific notification of the message. In addition, as shown in the top right corner of Exhibit B, Defendant—using the moniker "Spartacus (Λ, Λ)"—was online when I posted the message as indicated by the colored dot next to his name and avatar.

6.  In addition, on May 14, 2023, at 9:01 PM EDT (8:01 PM CDT), I sent a direct message to Defendant's Discord account, "Spartacus (Λ, Λ)", notifying Defendant of the preliminary injunction while providing a link to a copy of the May 8th Order. A true and correct screenshot of this direct message is attached hereto as **Exhibit C**.

7.  As of this date, Defendant has not responded to my emails nor to my direct message on Discord, and my post in the Spartacus DAO Discord "#general" channel was subsequently deleted.

8. I verify under penalty of perjury that the foregoing is true and correct.

Executed on  May 18, 2023  .

_____
Will M. Conley

Subscribed and sworn to before me on this:

5-18-2023
*Date*

_____
*Signature of Notary Public*

Notary Public, State of  Wisconsin

My commission expires:  9-29-2023

MATT MAIER
Notary Public
State of Wisconsin

- 3 -