# Exhibit A

**Foster, Kelley (MSN)**

| | |
|---|---|
| **From:** | Conley, Will (MSN) |
| **Sent:** | Sunday, May 14, 2023 7:51 PM |
| **To:** | maxawei@gmail.com; spartacusfinance@gmail.com |
| **Subject:** | RE: NOTICE OF PRELIMINARY INJUNCTION ORDER IN 1:23-CV-02742-VM |
| **Attachments:** | 2023-05-08 (022) PRELIMINARY INJUNCTION ORDER THE COURT HEREBY FINDS THAT_ Jurisdiction and Venue 1. The Court has federal jurisdiction under 28 U.S.C. _ 1331 because the Amende.PDF |

The Court in *Patagon v. Wu*, Case No. 1:23-CV-02742-VM (SDNY) entered a Preliminary Injunction Order on May 8, 2023. Pursuant to that Order, which permits alternative service by email, please see attached a service copy of the Preliminary Injunction Order.

**Will Conley | Perkins Coie LLP**
ASSOCIATE
33 East Main Street Suite 201
Madison, WI 53700-5118
D. +1.608.294.4013
F. +1.608.663.7499
E. WConley@perkinscoie.com

---

**From:** Conley, Will (MSN) <WConley@perkinscoie.com>
**Sent:** Wednesday, May 3, 2023 10:14 AM
**To:** maxawei@gmail.com; spartacusfinance@gmail.com
**Subject:** RE: NOTICE OF LAWSUIT IN 1:23-CV-02742-VM

Mr. Wei Wu,

Plaintiff served you with the attached order in SDNY Case No. 23-2742 on Thursday, April 26. We understand that today you intend to take actions to transfer assets you control associated with Spartacus DAO, which is in violation of the attached order, which also orders you to appear May 4, 2023, at 11:00 a.m. ET May 4, 2023, at 11:00 a.m. before the Honorable Victor Marrero, United States District Judge of the United States District Court for the Southern District of New York. The order, which you have previously received, is also available here:
https://drive.google.com/file/d/1lhR5oHy0CNQKLIsUurES0AYJ7-S7doiF/view?usp=sharing

Counsel for Plaintiff Patagon Management LLC


**Will Conley | Perkins Coie LLP**
ASSOCIATE
33 East Main Street Suite 201
Madison, WI 53700-5118
D. +1.608.294.4013
F. +1.608.663.7499
E. WConley@perkinscoie.com

---

**From:** Conley, Will (MSN)
**Sent:** Wednesday, April 26, 2023 8:06 PM
**To:** maxawei@gmail.com; spartacusfinance@gmail.com
**Subject:** NOTICE OF LAWSUIT IN 1:23-CV-02742-VM

NOTICE OF LAWSUIT: PURSUANT TO COURT ORDER IN 1:23-CV-02742-VM DKT:17

1

A lawsuit has been filed against you. Documents associated with this lawsuit, including the Summons, Amended Complaint, *Ex Parte* Application and supporting papers, and Ex Parte Temporary Restraining Order, Order Granting Alternative Service, and Order to Show Cause Regarding Preliminary Injunction are located at the following link: https://drive.google.com/drive/folders/10l5h5sGPT2-BabIqOnhDEc0EBSz8S8oF?usp=share_link

Counsel for Plaintiff Patagon Management LLC

**Will Conley** | **Perkins Coie LLP**
ASSOCIATE
33 East Main Street Suite 201
Madison, WI 53700-5118
D. +1.608.294.4013
F. +1.608.663.7499
E. WConley@perkinscoie.com

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.