UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATAGON MANAGEMENT LLC,<br><br>                              Plaintiff,<br><br>         -against-<br><br>WEI "MAX" WU,<br><br>                              Defendant. | 23-cv-02742 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

This case has been reassigned to the undersigned. All counsel must familiarize themselves with the Court's Individual Practices, which are available at https://nysd.uscourts.gov/hon-arun-subramanian. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment.

Additionally, by **September 1, 2023**, Plaintiff is hereby ORDERED to file on ECF a letter providing a status update on this case, including a summary of the prior proceedings in this Court and any further action from the Court that is deemed necessary at this juncture. Plaintiff should also address (1) whether there have been communications with Defendant, and (3) whether Plaintiff intends to move for default judgment or otherwise dismiss its claims against Defendant. The letter shall not exceed two (2) pages.

SO ORDERED.

Dated: August 16, 2023
       New York, New York

                                                                    _____
                                                                    ARUN SUBRAMANIAN
                                                                    United States District Judge