PerkinsCoie

1155 Avenue of the Americas
22nd Floor
New York, NY 10036-2711

T +1.212.262.6900
F +1.212.977.1649
PerkinsCoie.com

August 31, 2023

Emily B. Cooper
ECooper@perkinscoie.com
D. +1.212.261.6816
F. +1.212.977.1649

**VIA ECF**

The Honorable Arun Subramanian
United States District Judge
Southern District of New York
900 Pearl Street
New York, NY 10007

Re:   *Patagon Management LLC v. Wu*
        SDNY Case No. 23-cv-02742-AS

Dear Judge Subramanian:

Perkins Coie LLP represents Plaintiff Patagon Management LLC and, pursuant to the Court's August 16, 2023 Order, we write to provide a status update on the above-captioned matter.

**Summary of Prior Court Proceedings**

This action concerns Defendant Wei "Max" Wu's scheme to abscond with millions of dollars' worth of investor assets via his purported Decentralized Autonomous Organization ("DAO") known as "Spartacus DAO." On March 31, 2023, Plaintiff initiated this lawsuit by filing the Complaint. (ECF No. 1). On April 26, 2023, Plaintiff filed an Amended Complaint (ECF No. 12) and moved for an *ex parte* temporary restraining order enjoining Defendant from taking any action to abscond with, transfer, remove, or otherwise move assets in the named cryptocurrency wallets, and any other blockchain-based wallet that contains assets associated with the Spartacus DAO. (ECF No. 13). By order dated April 26, 2023, the Court granted Plaintiff's request for *ex parte* relief, issued the TRO, and set a hearing on May 4, 2023 in which Defendant would show cause as to why a preliminary injunction should not be granted. (ECF No. 17). Defendant did not appear at the show cause hearing and this Court issued the preliminary injunction order against Defendant on May 8, 2023. (ECF No. 22).

Defendant has failed to comply with each of these orders since their issuance. Indeed, Defendant announced his intention to violate the TRO the day after it was issued, and then violated the TRO in the short timeframe between the issuance of the TRO and the signing of the injunction. *See* May 3, 2023 Affidavit of Will Conley (ECF No. 18) (explaining that Defendant publicly stated

August 31, 2023
Page 2

intention to transfer DAO assets one day after the Court issued the TRO); May 5, 2023 Affidavit of Diogenes Casares (ECF No. 20) (explaining that Defendant transferred more than $15,000,000 of DAO assets in the eight days following the issuance of the TRO).  And, since then, Defendant has violated the orders repeatedly via transactions involving the transfer, removal, and movement of assets associated with Spartacus DAO. These transactions will be documented in forthcoming filings.

**Communications with Defendant**

Plaintiff's counsel attempted service of process via in-person service by a process server to Defendant's last known U.S. addresses (ECF 14 Ex. B, C), and accomplished service pursuant to orders of this Court via emails to two email addresses associated with Defendant, messages in public posts on the Spartacus DAO Discord server on which Defendant is active, private direct messages to Defendant on the same Spartacus DAO Discord server, and non-fungible token sent to cryptocurrency wallets controlled by Defendant.[1]  Defendant has not responded to Plaintiff regarding these communications, and Plaintiff has not had further contact with Defendant to date. Defendant remains active in the Spartacus DAO Discord server and continues to make transactions with assets subject to this action.

**Plaintiff's Future Course of Action**

Plaintiff intends to move for default judgment against Defendant, in addition to seeking relief related to Defendant's contempt of this Courts orders.

Respectfully submitted,

*/s/ Emily B. Cooper*
Emily B. Cooper

EBC:kjf

---

[1] *See* ECF 18 (Affidavit of Service of ECF Nos. 1-17 by Discord and Emails), 19 (Affidavit of Service of ECF Nos. 1-17 by Non-Fungible Token), 23 (Affidavit of Service of Preliminary Injunction Order by Non-Fungible Token), 24 (Affidavit of Service of Preliminary Injunction Order by Discord and Emails).  The described methods of alternative service were authorized by the Court's order on April 26, 2023 (ECF 17), and in the Court's May 8, 2023 order (ECF 22).

Perkins Coie LLP