UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATAGON MANAGEMENT LLC,

               Plaintiff,

     -against-

WEI "MAX" WU,

               Defendant.

23-CV-2742 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

     On September 22, 2023, Plaintiff Patagon Management LLC filed a motion for contempt against Defendant Wei "Max" Wu. To date, Defendant has not filed an opposition. Defendant is hereby ORDERED to file any opposition to the motion for contempt by December 8, 2023. If Defendant files an opposition, Plaintiff may respond no later than December 22, 2023.

     It is further ORDERED that the parties should appear for a conference on Plaintiff's motion on **January 5, 2024, at 2 PM**. The conference will be held via Microsoft Teams. The parties should dial in by calling (646) 453-4442 and entering the Phone Conference ID: 871 646 840, followed by the pound (#) sign.

     It is further ORDERED that Plaintiff serve Defendant (1) a copy of the motion for contempt and all supporting papers; and (2) a copy of this Order.  Plaintiff must file proof of such service on the docket.


     SO ORDERED.

Dated: November 1, 2023
      New York, New York

                                          ARUN SUBRAMANIAN
                                      United States District Judge