**PerkinsCoie**

1155 Avenue of the Americas  
22nd Floor  
New York, NY 10036-2711

T +1.212.262.6900  
F +1.212.977.1649  
PerkinsCoie.com

January 19, 2024

John R. Hardin  
JohnHardin@perkinscoie.com  
D. +1.214.965.7743  
F. +1.214.965.7793

Honorable Arun Subramanian  
United States District Judge  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, New York 10007

Re:   *Patagon Management LLC v. Wei "Max" Wu* – Case No. 23-cv-02742-AS

Dear Judge Subramanian:

Pursuant to Local Rules 7.1(d) and 5.2(b) and Your Honor's Individual Rule 3.E., Plaintiff Patagon Management LLC respectfully requests a one-week adjournment of the show cause hearing on Plaintiff's motion for a default judgment against Defendant, presently scheduled for February 12, 2024 (Dkt. 45) to February 19, 2024, because it's lead counsel, Mr. Hardin, will be on a previously planned vacation with his family.

The adversary has not made an appearance in this matter despite being served or otherwise responded to Plaintiff or made contact in any way. As such, we have not been able to confer with the adversary as to this request.

Plaintiff has made no prior requests for adjournments.  The adjournment of the show cause hearing, if granted, will not affect any other case deadlines set by the Court.

We thank the Court for its consideration.

Respectfully submitted,

*/s/ John R. Hardin*

John R. Hardin

Plaintiff's motion is GRANTED. The show cause hearing is hereby rescheduled to **February 21, 2024 at 4:30PM**.

Plaintiff is directed to serve Defendant with a copy of this Order **within three business days** and file proof of such service on the docket.

The Clerk of Court is directed to terminate the motion at ECF No. 46.

SO ORDERED.

Arun Subramanian, U.S.D.J.  
Date: January 19, 2024

Perkins Coie LLP