UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATAGON MANAGEMENT LLC,<br><br>        Plaintiff,<br><br>  -against-<br><br>WEI "MAX" WU,<br><br>        Defendant. | 23-CV-2742 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  For the reasons stated on the record at the February 21, 2024 hearing, Plaintiff Patagon Management LLC's default judgment motion is GRANTED. The Court will review Plaintiff's submissions to determine the appropriate damages to award and will enter a timely judgment.

  SO ORDERED.

Dated: February 22, 2024
   New York, New York

                        _____
                        ARUN SUBRAMANIAN
                       United States District Judge