UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATAGON MANAGEMENT LLC, <br><br> Plaintiff, <br><br> -against- <br><br> WEI "MAX" WU, <br><br> Defendant. | Case No. 1:23-cv-02742-AS <br><br> Hon. Arun Subramanian <br><br> DEFAULT JUDGMENT |

Upon consideration of Plaintiff's Motion for Default Judgment, the accompanying Declaration of Counsel in support thereof and associated papers, and for good cause shown, IT IS HEREBY ORDERED that the Motion for Default Judgment is GRANTED; and it is further ORDERED that Defendant:

1. Shall pay Plaintiff $213,709.94 in damages for breach of contract;

2. Shall pay Plaintiff pre-judgment interest at a rate of 9% per annum from September 29, 2022 to the date of this Order, which is $27,243.63 through the date February 27, 2024;

3. Shall pay Plaintiff post-judgment interest at the current legal rate allowed under 28 U.S.C. § 1961 as of the date of this Order until the date of its satisfaction;

4. Shall pay Plaintiff litigation costs in the amount of $1,338.55;

5. Shall pay compensatory relief in the form of damages, expenses, costs, and fees directly resulting from Defendant's contempt in the amount of $33,000;

6. Shall pay attorney costs and fees incurred as a result of Defendant's contempt in the amount of $570,118;

7. Shall be—along with anyone acting in concert with Defendant (including by directly or indirectly receiving Blocked Assets)—enjoined, anywhere in the world, from taking any action to abscond with, transfer, remove, or otherwise move or use assets in the following cryptocurrency wallets or addresses (the "Blocked Addresses"), and any other account or blockchain-based wallet or address that contains assets associated with the Spartacus DAO (including SPA, ETH, or DAI) that is under control of Defendant (whether solely or jointly with others) (together "Blocked Assets"):

    a. 0xe53bf45ae80043b4623e4879806f175318f4608a,

    b. 0x476be4e3773737e653bdc1eae9b568b19197cc84, and

    c. 0xd13e25f7fa66281b7d2c14755642a8aac7f794c5.

8. Shall produce documentation accounting for assets related to or associated with Spartacus DAO, including locations, amounts, and record of any transfers, swaps, exchanges, staking, loans, or any other disposition at any time;

9. Shall pay a daily monetary penalty of $5,000, beginning seven days after entry of this Order, for each day that the Defendant fails to comply with (8), above;

10. Shall pay a per transaction fine of $2,000 for each transaction by Defendant involving Blocked Assets or Blocked Addresses following entry of this Order other than those consistent with this Court's orders; and

11. The Court shall retain jurisdiction over this action until the judgment is satisfied to entertain such further proceedings supplementary and to enter such further orders as may be necessary or appropriate or implement and enforce the provisions of this Default Judgment.

In order to seek attorneys' fees and costs due to Defendant's contempt of this Court's prior orders, Patagon should submit a separate proposed judgment that specifies the amount in fees and costs actually **incurred and paid by Patagon** relating to the contempt as of the date of this Order.

The Clerk of Court is directed to terminate the motion at Dkt. 27.

SO ORDERED.

Date: February 28, 2024

                                           Arun Subramanian
                                       United States District Judge