UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATAGON MANAGEMENT LLC,<br><br>                             Plaintiff,<br><br>-against-<br><br>WEI "MAX" WU,<br><br>                            Defendant. | 23-CV-2742 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      The Court entered a default judgment in this case on February 28, 2024. Dkt. 54. Because judgment has been entered in this matter, the case will be administratively closed. As stated in the default judgment order, the Court will still retain jurisdiction over this action until the judgment is satisfied to entertain further proceedings or enter orders as may be necessary to implement and enforce the judgment.

      The Clerk of Court is directed to close the case.

      SO ORDERED.

Dated: June 12, 2024
       New York, New York

                                                                ARUN SUBRAMANIAN
                                                                United States District Judge