UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **PATAGON MANAGEMENT LLC**, <br><br> Plaintiff, <br><br> -against- <br><br> **WEI "MAX" WU**, <br><br> Defendant. | Case No. 1:23-cv-02742-AS <br><br> **Hon. Arun Subramanian** <br><br><br> **JUDGMENT REGARDING ATTORNEYS' FEES** |

  Upon consideration of Plaintiff's Motion for Default Judgment (Dkt No. 39), the accompanying Declaration of Counsel in support thereof and associated papers, and for good cause shown, and in consideration of this Court's Order dated February 28, 2024 granting Plaintiff's Motion for Default Judgment (Dkt No. 54), IT IS HEREBY FURTHER ORDERED that Defendant shall pay attorneys' costs and fees incurred as a result of Defendant's contempt in the amount of $ __419,143__ .

  SO ORDERED this __20th__ day of June 2024.

                 _____
                 Arun Subramanian
                 United States District Judge